

# HENRY GARZA
## DISTRICT ATTORNEY
27TH JUDICIAL DISTRICT OF TEXAS
BELL COUNTY

PD-1463-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/16/2015 10:04:23 AM
Accepted 11/17/2015 11:24:03 AM
ABEL ACOSTA
CLERK

**PAUL R. MCWILLIAMS**
FIRST ASSISTANT

**SEAN K. PROCTOR**
ASSISTANT

**C. DAVID EAKIN**
ASSISTANT

**MICHAEL WALDMAN**
ASSISTANT

**LESLIE MCWILLIAMS**
ASSISTANT

**BOB D. ODOM**
ASSISTANT

**STEPHANIE R. NEWELL**
ASSISTANT

**WM. NELSON BARNES**
ASSISTANT

**SHELLY STRIMPLE**
ASSISTANT

**TERRY CLARK**
ASSISTANT

**FRED BURNS**
ASSISTANT

**ANNE M. JACKSON**
ASSISTANT

**SUZANNE WOHLEB**
ASSISTANT

**JOHN ERSKINE**
ASSISTANT

☆ ☆

**BILLY L. CURRY**
CHIEF
CRIMINAL INVESTIGATOR

**GREG HOLLOWAY**
CRIMINAL INVESTIGATOR

**KARL ORTIZ**
CRIMINAL INVESTIGATOR

**MICHAEL SIMMONS**
CRIMINAL INVESTIGATOR

**BRIAN BOBE'**
CRIMINAL INVESTIGATOR

☆ ☆

**JILL A. MCAFEE**
VICTIM/WITNESS COORDINATOR

**DANA BETTGER**
VICTIM/WITNESS COORDINATOR

November 16, 2015

```
FILED IN
COURT OF CRIMINAL APPEALS

November 17, 2015

ABEL ACOSTA, CLERK
```

Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re:  Christopher Anthony George,
No. PD-1463-15, Petition for Discretionary Review,
COA No. 03-14-00673-CR, 3rd Court of Appeals of Texas,
Cause No. 72,519, 264th Judicial District Court of
Bell County, Texas

Dear Ms. Pearson:

We have received notice of the filing of the Petition for Discretionary Review by the Appellant in the above referenced matter. This is to advise the Court that the State of Texas agrees with the opinion of the Court of Appeals in this case.

Accordingly, the State will file no further response to the petition, but would respectfully request that the Court deny the petition for discretionary review in this case.

I would appreciate it if you would cause this letter response to be filed of record in this cause.

Please contact me should you have any questions.

DISTRICT COURT OFFICES • P. O. BOX 540 • BELTON, TEXAS 76513-0540 • (254) 933-5215
1-800-460-2355, EXT. 5215 • FAX (254) 933-5238 • E-Mail Address: DistrictAttorney@co.bell.tx.us



Please contact me should you have any questions.

Sincerely,

/s/ *Bob D. Odom*

Bob D. Odom
Assistant District Attorney
27th Judicial District of Texas
SBA No. 15200000

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this letter response was served on Appellant, and the State Prosecuting Attorney, by e-service to them as follows:

Erika Copeland, Attorney at Law
ecopeland63@yahoo.com

Ms. Lisa C. McMinn, State Prosecuting Attorney
Court of Criminal Appeals
information@spa.texas.gov

Signed this the 16th day of November, 2015.

/s/ *Bob D. Odom*

Bob D. Odom
Assistant District Attorney
27th Judicial District of Texas
SBA No. 15200000